UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
ADAMS, JANIS A.

Case No.: 17-14823-ABA  
Chapter: 7  
Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on May 30, 2017, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.  4B . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 529 DEMOCRAT ROAD, GIBBSTOWN NJ 08027<br>(FMV $158,000.00) |
|---|---|

| Liens on property: | $181,279.00 - GMAT Legal Title |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:        Andrew Sklar, Chapter 7 Trustee

Address:     1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-14823-ABA
Janis A. Adams                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Apr 25, 2017
                              Form ID: pdf905          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2017.
db         +Janis A. Adams,    529 Democrat Road,    Gibbstown, NJ 08027-1209
516696514   Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
516696517  +Faloni & Associates, LLC,    165 Passaic Ave Ste 301B,    Fairfield, NJ 07004-3592
516758998   GMAT Legal Title Trust 2013-1,    KML Law Group PC,    Sentry Office Plaza,
             216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
516696518  +GMAT Legal Title Trust 2013-1,    US Bank National Association,
             8742 Lucent Boulevard, Suite 575,    Highlands Ranch, CO 80129-2302
516696521  +Parker McCay, PA,    7001 Lincoln Drive West,    Marlton, NJ 08053-3215
516696523  +Pressler & Pressler, LLP,    7 Entin Rd,    Parsippany, NJ 07054-5020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 25 2017 22:26:13      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 25 2017 22:26:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516696515      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Apr 25 2017 22:26:39      Comcast,
                 1 Comcast Ctr,    Philadelphia, PA 19103-2899
516696516       E-mail/Text: creditonebknotifications@resurgent.com Apr 25 2017 22:25:37      CreditOne Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
516696519       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 25 2017 22:23:25      LVNV Funding, LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
516696520       E-mail/Text: bankruptcydpt@mcmcg.com Apr 25 2017 22:26:11      Midland Funding, LLC,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
516696522       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2017 22:44:31
                 Portfolio Recovery Associates, LLC,    120 Corporate Blvd Ste 100,   Norfolk, VA 23502
516696524      +E-mail/Text: bankruptcy@sw-credit.com Apr 25 2017 22:26:13      SW Credit Systems LP,
                 4120 International Pkwy Ste 1100,    Carrollton, TX 75007-1958
516696974      +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2017 22:23:19      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2017 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor   GMAT Legal Title Trust 2013-1, U.S. Bank National
               Association, as Legal Title Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rex J. Roldan    on behalf of Debtor Janis A. Adams roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4