Form 182 – ntchrgpay

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                              Case No.:  17−14823−ABA
                              Chapter:  7
                              Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Janis A. Adams
  529 Democrat Road
  Gibbstown, NJ 08027

Social Security No.:
  xxx−xx−8710

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING FOR FAILURE TO PAY FILING FEE**

Please take notice that a hearing for failure to make an installment payment as noted below

will be held on:        June 6, 2017        10:00 AM

at: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

The amount of the unpaid filing fee is:

$83.75 Third Installment Payment

If the balance of the filing fee in the amount noted above is not paid immediately, your case will be dismissed at the hearing. The Clerk's Office will only accept payment in the form of money order, certified check, attorney check, or electronic payment by efiling attorneys. No personal checks or cash will be accepted.


Dated: May 12, 2017
JAN: jpl

                                                                                    Jeanne Naughton
                                                                                     Clerk